**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

ABC INDUSTRIAL LAUNDRY, LLC, *et al.*,

　　　　　　Plaintiffs,

vs.

FEDERAL INSURANCE COMPANY, *et al.*,

　　　　　　Defendants.

2:15-cv-00869-RFB-VCF

**ORDER**

　　　　Before the Court is the Stipulation and Order to Amend Discovery Plan and Scheduling Order (ECF No. 26).

　　　　IT IS HEREBY ORDERED that a hearing on the Stipulation and Order to Amend Discovery Plan and Scheduling (ECF No. 26) is scheduled for 11:00 a.m., September 30, 2016, in Courtroom 3D.

　　　　DATED this 14th day of September, 2016.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE