1  Steven J. Parsons
   Nevada Bar No. 363
2  Joseph N. Mott
   Nevada Bar No. 12455
3  LAW OFFICES OF STEVEN J. PARSONS
   10091 Park Run Dr Ste 200
4  Las Vegas, NV 89145-8868
   (702) 384-9900
5  (702) 384-5900 (fax)
   Steve@SJPlawyer.com
6  Jmott@SJPlawyer.com

7  Attorneys for Plaintiff
   **ABC INDUSTRIAL LAUNDRY, LLC**
8

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11 **ABC INDUSTRIAL LAUNDRY, LLC,** a Nevada limited liability company, dba **UNIVERSAL LAUNDRY and SUPPLY,**

13     Plaintiff,

14 vs.

15 **FEDERAL INSURANCE COMPANY,** an Indiana corporation; et al.,

16     Defendants.
17 _____/

Case No. **2:15-cv-869-RFB-(VCF)**

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT FEDERAL INSURANCE COMPANY'S
<u>MOTION FOR SUMMARY JUDGMENT</u>
(Doc. No. 38)

FIRST REQUEST

18     Plaintiff **ABC INDUSTRIAL LAUNDRY, LLC,** by its attorneys, Steven J. Parsons and

19 Joseph N. Mott of LAW OFFICE OF STEVEN J. PARSONS, and Defendant **FEDERAL INSURANCE**

20 **COMPANY,** by its attorneys, James P.C. Silvestri and Brian Goldman of PYATT SILVESTRI, hereby

21 stipulate that Plaintiff's Response to Federal Insurance Company's Motion for Summary

22 Judgment (Doc. No. 38) shall be extended fifteen (15) judicial days, and shall now be due on

23 Monday, March 27, 2017.

24 . . .

25 . . .

26 . . .

27 . . .



1   This stipulation is made in good faith and is not for the purposes of delay.

2   Among the factors existing is that Plaintiff's lead counsel, Steven J. Parsons, has been

3   substantially away from the office due to illness and the need of medical care for a chronic

4   condition, for the period succeeding the first of two surgeries on December 22, 2016.

5   Dated: Tuesday, March 7, 2017.

6   LAW OFFICES OF STEVEN J. PARSONS       PYATT SILVESTRI

7   /s/ Steven J. Parsons                 /s/ Brian Goldman
    STEVEN J. PARSONS                     JAMES P.C. SILVESTRI
8   JOSEPH N. MOTT                        BRIAN GOLDMAN
    10091 Park Run Dr Ste 200             701 E Bridger Ave Ste 600
9   Las Vegas, NV 89145-8868              Las Vegas, NV 89101-8941

10  Attorneys for Plaintiff               Attorneys for Defendant
    **ABC INDUSTRIAL LAUNDRY, LLC**       **FEDERAL INSURANCE COMPANY**

11

12                           **ORDER**

13  **IT IS SO ORDERED.**

14  Dated: March 8, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

