1  Steven J. Parsons
   Nevada Bar No. 363
2  Joseph N. Mott
   Nevada Bar No. 12455
3  LAW OFFICES OF STEVEN J. PARSONS
   10091 Park Run Dr Ste 200
4  Las Vegas, NV 89145-8868
   (702) 384-9900
5  (702) 384-5900 (fax)
   Steve@SJPlawyer.com
6  Jmott@SJPlawyer.com

7  Attorneys for Plaintiff
   **ABC INDUSTRIAL LAUNDRY, LLC**

8

9                    UNITED STATES DISTRICT COURT

10                         DISTRICT OF NEVADA

11  **ABC INDUSTRIAL LAUNDRY, LLC,** a Nevada limited liability company, dba **UNIVERSAL LAUNDRY and SUPPLY,**

         Plaintiff,

    vs.

    **FEDERAL INSURANCE COMPANY,** an Indiana corporation; et al.,

         Defendants.
    _____/

    Case No. **2:15-cv-869-RFB-(VCF)**

    STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT FEDERAL INSURANCE COMPANY'S
    MOTION FOR SUMMARY JUDGMENT
    (Doc. No. 38)

    SECOND REQUEST

18       Plaintiff **ABC INDUSTRIAL LAUNDRY, LLC,** by its attorneys, Steven J. Parsons and Joseph N. Mott of LAW OFFICE OF STEVEN J. PARSONS, and Defendant **FEDERAL INSURANCE COMPANY,** by its attorneys, James P.C. Silvestri and Brian Goldman of PYATT SILVESTRI, hereby stipulate that Plaintiff's Response to Federal Insurance Company's Motion for Summary Judgment (Doc. No. 38) shall be extended three days, and shall now be due on Thursday, March 30, 2017.

24  . . .

25  . . .

26  . . .

27  . . .

1  This stipulation is made in good faith and is not for the purposes of delay.

2  Among the factors existing is that Plaintiff's lead counsel, Steven J. Parsons, has been

3 substantially away from the office due to illness and the need of medical care for a chronic

4 condition, for the period succeeding the first of two surgeries on December 22, 2016.

5  Dated: Friday, March 24, 2017.

6  LAW OFFICES OF STEVEN J. PARSONS                    PYATT SILVESTRI

7  /s/ Steven J. Parsons                              /s/ Brian Goldman
   STEVEN J. PARSONS                                   JAMES P.C. SILVESTRI
8  JOSEPH N. MOTT                                      BRIAN GOLDMAN
   10091 Park Run Dr Ste 200                           701 E Bridger Ave Ste 600
9  Las Vegas, NV 89145-8868                            Las Vegas, NV 89101-8941

10 Attorneys for Plaintiff                             Attorneys for Defendant
   ABC INDUSTRIAL LAUNDRY, LLC                         FEDERAL INSURANCE COMPANY
11

12                                **ORDER**

13    **IT IS SO ORDERED.**

14    Dated: <u>March 28</u>, 2017.

15

16    _____
      RICHARD F. BOULWARE, II
17    United States District Judge

18

19

20

21

22

23

24

25

26

27

