JAMES P.C. SILVESTRI, ESQ.
Nevada State Bar No. 3603
BRIAN W. GOLDMAN, ESQ.
Nevada State Bar No. 6317
PYATT SILVESTRI
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
T. (702) 383-6000
F. (702) 477-0088
jsilvestri@pyattsilvestri.com
bgoldman@pyattsilvestri.com

Attorney for Defendant
*FEDERAL INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ABC INDUSTRIAL LAUNDRY. LLC, a Nevada limited liability company, dba UNIVERSAL LAUNDRY and SUPPLY,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation,<br><br>Defendants. | CASE NO.: 2:15-cv-00869-RFB-VCF |

## STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (DOC. No. 38) FIRST REQUEST

Defendant, FEDERAL INSURANCE COMPANY, by and through its counsel of record James P.C. Silvestri. Esq. and Brian W. Goldman, Esq., of the law firm of Pyatt Silvestri, and Plaintiff, ABC INDUSTRIAL LAUNDRY, LLC, by and through its counsel of record, Steven J. Parsons, Esq. and Joseph N. Mott, Esq. of the Law Offices of Steven J. Parsons, hereby stipulate that Defendant's Reply in Support of Motion for Summary Judgment (Doc. No. 38) shall be extended ten (10) judicial days, and shall be now be due on Friday, April 28, 2017.

. . .

This stipulation is made in good faith and is not for the purposes of delay.

DATED this 12th day of April, 2017

| PYATT SILVESTRI | LAW OFFICES OF STEVEN J. PARSONS |
|---|---|
| By: /s/ *Brian W. Goldman, Esq.* | By: /s/ *Joseph N. Mott, Esq.* |
| BRIAN W. GOLDMAN, ESQ. | JOSEPH N. MOTT, ESQ. |
| Nevada Bar No. 6317 | Nevada Bar No. 12455 |
| 701 Bridger Avenue, Suite 600 | 10091 Park Run Drive, Suite 200 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89145-8868 |
| Attorney for Defendant | Attorney for Plaintiff |
| FEDERAL INSURANCE COMPANY | ABC INDUSTRIAL LAUNDRY, LLC |

## ORDER

**IT IS SO ORDERED.**

Dated: April  13 , 2017.

_____
**United States District Judge**