# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ABC INDUSTRIAL LAUNDRY, LLC, *et al.*,

Plaintiffs,

vs.

FEDERAL INSURANCE COMPANY, *et al.*,

Defendants.

2:15-cv-00869-RFB-VCF

**ORDER**

Before the Court is The Parties' Stipulation and Order to Extend the Deadlines to Disclose Experts, and Amend the Discovery Plan and Scheduling Order (ECF No. 56).

Accordingly,

IT IS HEREBY ORDERED that a hearing on The Parties' Stipulation and Order to Extend the Deadlines to Disclose Experts, and Amend the Discovery Plan and Scheduling Order (ECF No. 56) is scheduled for 1:00 PM, October 25, 2017, in Courtroom 3D.

DATED this 17th day of October, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE