Steven J. Parsons
Nevada Bar No. 363
LAW OFFICES OF STEVEN J. PARSONS
10091 Park Run Dr Ste 200
Las Vegas, NV 89145-8868
(702) 384-9900
(702) 384-5900 (fax)
Steve@SJPlawyer.com

Attorneys for Plaintiff
**ABC INDUSTRIAL LAUNDRY, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **ABC INDUSTRIAL LAUNDRY, LLC**, a Nevada limited liability company, dba **UNIVERSAL LAUNDRY and SUPPLY**,<br><br>Plaintiff,<br><br>vs.<br><br>**FEDERAL INSURANCE COMPANY**, an Indiana corporation; et al.,<br><br>Defendants. | Case No. **2:15-cv-869-RFB-(VCF)**<br><br>STIPULATION AND ORDER TO RESET THE STATUS HEARING OF <u>DECEMBER 21, 2017</u><br>(FIRST REQUEST) |

Plaintiff **ABC INDUSTRIAL LAUNDRY, LLC,** by its attorney, Steven J. Parsons of LAW OFFICE OF STEVEN J. PARSONS; Defendant **FEDERAL INSURANCE COMPANY**, by its attorneys, James P.C. Silvestri and Brian Goldman of PYATT SILVESTRI; and Defendant **NATIONWIDE MUTUAL INSURANCE COMPANY,** by its attorneys, Christine Emanuelson of HINES HAMPTON, LLP, and Whitney Wilcher, hereby request the Status Check currently scheduled on December 21, 2017, at 11:00 a.m. be rescheduled to February 1, 2018, or as soon thereafter as convenient for the Court.

The parties continue to meet and confer on outstanding discovery. In particular, the parties look to the State court related-case Defendant Christeyns – an outstanding discovery dispute in the related state court case is still pending, as the third-party that complains of impermissible disclosure has retained counsel to assist in that dispute. Plaintiff and related-case Defendant Christeyns have agreed to seek the further period of discovery in that case –



a stipulation between those parties has now been prepared and circulated.  That state-court stipulation will be filed in the next week.

To allow these affiliated issues to be further developed, the parties to the instant case suggest that they be allowed to continue the forward progress and report their status to this Court, at the later date.

The parties will file a Status Report with the Court by January 18, 2018.

This stipulation is made in good faith and is not for the purposes of delay.

Dated: Wednesday, December 20, 2017.

| LAW OFFICES OF STEVEN J. PARSONS | PYATT SILVESTRI |
|---|---|
| /s/ Steven J. Parsons<br>STEVEN J. PARSONS<br>10091 Park Run Dr Ste 200<br>Las Vegas, NV 89145-8868<br><br>Attorneys for Plaintiff<br>**ABC INDUSTRIAL LAUNDRY, LLC** | /s/ Brian Goldman<br>JAMES P.C. SILVESTRI<br>BRIAN GOLDMAN<br>701 E Bridger Ave Ste 600<br>Las Vegas, NV 89101-8941<br><br>Attorneys for Defendant<br>**FEDERAL INSURANCE COMPANY** |

HINES HAMPTON, LLP

/s/ Whitney Wilcher
CHRISTINE EMANUELSON
400 S 4th Ste 500
Las Vegas, NV 89101

by: WHITNEY WILCHER

Attorneys for Defendant
**NATIONWIDE MUTUAL INSURANCE COMPANY**

IT IS HEREBY ORDERED that the hearing scheduled for December 21, 2017 is VACATED and RESCHEDULED to 1:00 PM, February 1, 2018, in Courtroom 3D.

**ORDER**

**IT IS SO ORDERED.**

Dated: 12-21, 2017.

_____
**U.S. MAGISTRATE JUDGE**

