1  Steven J. Parsons
   Nevada Bar No. 363
2  LAW OFFICES OF STEVEN J. PARSONS
   10091 Park Run Dr Ste 200
3  Las Vegas, NV 89145-8868
   (702) 384-9900
4  (702) 384-5900 (fax)
   Steve@SJPlawyer.com
5
   Attorneys for Plaintiff
6  **ABC INDUSTRIAL LAUNDRY, LLC**

7  UNITED STATES DISTRICT COURT

8  DISTRICT OF NEVADA

9  **ABC INDUSTRIAL LAUNDRY, LLC**, a Nevada limited liability company, dba **UNIVERSAL LAUNDRY and SUPPLY**,

   Case No. **2:15-cv-869-RFB-(VCF)**

   STATUS REPORT;
   STIPULATED DISCOVERY PLAN
   and
   PROPOSED SCHEDULING ORDER
   (in response to Order (Doc. No. 60)

11     Plaintiff,

12  vs.

13  **FEDERAL INSURANCE COMPANY**, et al.,

14     Defendants.
   _____/

15

16     Plaintiff **ABC INDUSTRIAL LAUNDRY, LLC,** by its attorneys, Steven J. Parsons of LAW

17  OFFICE OF STEVEN J. PARSONS, and Joseph N. Mott and Scott Lundy of REMPFER MOTT LUNDY,

18  PLLC[1]; Defendant **FEDERAL INSURANCE COMPANY**, by its attorneys, James P.C. Silvestri and

19  Brian Goldman of PYATT SILVESTRI, and Defendant **NATIONWIDE MUTUAL INSURANCE**

20  **COMPANY,** by its attorneys, Christine Emanuelson and Whitney Wilcher of HINES HAMPTON, LLP,

21  hereby submit this Status Report and Stipulated Discovery Plan and Proposed Scheduling

22  Order pursuant to the Court's Order of December 21, 2017, regarding the parties' Status

23  Check (Doc. No. 60).

24  …

25

---

26
   [1]On December 15, 2017, attorneys Joseph N. Mott and Scott Lundy joined a newly
27  formed law firm REMPFER MOTT LUNDY, PLLC.  Both remain as Plaintiff's counsel.



*10091 Park Run Drive, Suite 200*
*Las Vegas, Nevada 89145-8868*
*(702)384-9900; fax (702)384-5900*
*Info@SJPlawyer.com*

Page 1 of 4

## STATUS REPORT

The parties have met, conferred and agree that at present, the following discovery remains outstanding:

**Depositions:**

(1) ABC's principals and employees, Ran Brisman, Avi Cohen, and Jim Smail, as well as Fed. R. Civ. P., 30(b)(6) witnesses;

(2) ABC's former principals and employees, Moshe Levy, Yaakov "Kobi" Levy, and Yuda Levy;

(3) Rudi Moors, Christeyns' CEO (to be completed);

(4) Claims persons of each Defendant's claims operation, as well as Fed. R. Civ. P., 30(b)(6) witnesses of each Defendant;

(5) Rimkus Consulting Group, Inc.;

(6) Textile Solutions, LLC;

(7) Wynn Las Vegas, LLC;

(8) Brown & Brown Northwest;

(9) CHEM-BAC Laboratories, Inc;

(10) CR Systems Consulting;

(11) Frank Campagna, CPA; and

(11) The various experts as designated by the parties.

**Written Discovery:**

The parties anticipate additional written discovery will follow the depositions.

**Status of the Companion Case**

Attached and incorporated herein as Exhibit 1 is an Order of the Hon. Richard Scotti, District Judge, upon the Stipulation to Extend Discovery Deadlines, Amend the Scheduling Order, and Reset the Trial in the associated Eighth Judicial District Court, Clark County, Nevada case *ABC Industrial Laundry, LLC v. Christeyns Laundry Technology, LLC*; docketed in that Court as Case No. A-15-720810-C. The attached exhibit shows similar deadlines now set by



that Court, as are requested in this Discovery Plan and Scheduling Order.

1. **DISCOVERY PLAN**:

   A. **DISCOVERY CUT-OFF DATE**: The plan is in general accordance with LR 26-1(e)(1), and the parties request two hundred seventy (270) days to conduct percipient witness discovery measured from January 18, 2018, the date of this Status Report. The last proposed day of discovery of percipient witnesses shall be Monday, October 15, 2018.

   C. **FED. R. CIV. P. 26(a)(2) DISCLOSURES (EXPERTS)**: Disclosure of experts shall proceed according to Fed. R. Civ. P. 26(a)(2) except that:

   i. The disclosure of experts and expert reports shall occur on Tuesday, July 17, 2018, which is ninety (90) days before the discovery cut-off date;

   ii. The disclosure of rebuttal experts shall occur on Thursday, August 16, 2018, which is thirty (30) days after the disclosure of experts.

2. **AMENDMENT OF THE PLEADINGS AND ADDING PARTIES**: The parties shall have until Tuesday, July 17, 2018, to file any motion to amend the pleadings or to add parties. This is ninety (90) days before the discovery cut-off, which is in accordance with LR 26-1(e)(2).

3. **INTERIM STATUS REPORTS**: The parties shall file their interim status report required by LR 26-3 by Thursday, August 16, 2018, which is sixty (60) days before discovery cut-off.

4. **DISPOSITIVE MOTIONS**: The parties shall have until Wednesday, November 14, 2018, to file dispositive motions, which is thirty (30) days after the close of discovery.

5. **SETTLEMENT**: The likelihood of settlement cannot be presently established.

6. **PRETRIAL ORDER**: The pretrial order shall be filed Friday, December 14, 2018, which is thirty (30) days after the date set for filing dispositive motions in this case. This deadline is suspended if a dispositive motion is timely filed.

…

…

…



1     Dated: Thursday, January 18, 2018.

2 LAW OFFICES OF STEVEN J. PARSONS                 PYATT SILVESTRI

3 /s/ Steven J. Parsons                     /s/ Brian Goldman
   STEVEN J. PARSONS                       JAMES P.C. SILVESTRI
4   10091 Park Run Dr Ste 200             BRIAN GOLDMAN
   Las Vegas, NV 89145-8868             701 E Bridger Ave Ste 600
5                                               Las Vegas, NV 89101-8941
   Attorneys for Plaintiff
6 **ABC INDUSTRIAL LAUNDRY, LLC**         Attorneys for Defendant
                                               **FEDERAL INSURANCE COMPANY**
7 HINES HAMPTON, LLP

8 /s/ Christine Emanuelson
   CHRISTINE EMANUELSON
9   400 S 4th Ste 500
   Las Vegas, NV 89101
10
   by: WHITNEY WILCHER
11
   Attorneys for Defendant
12 **NATIONWIDE MUTUAL INSURANCE CO.**

13                                             **ORDER**

14     **IT IS SO ORDERED.**

15     Dated: __1-19_____, 2018.

16                                            **U.S. MAGISTRATE JUDGE**

17

18

19

20

21

22

23

24

25

26

27



EXHIBIT "1"

EXHIBIT "1"

ORIGINAL
Filed
1/17/2018 3:43 PM
Steven D. Grierson
CLERK OF THE COURT

1  **STED**
   Steven J. Parsons
2  Nevada Bar No. 363
   LAW OFFICES OF STEVEN J. PARSONS
3  10091 Park Run Dr Ste 200
   Las Vegas NV 89145-8868
4  (702) 384-9900
   (702) 384-5900 (fax)
5  Steve@SJPlawyer.com

6  Attorneys for Plaintiff and
   Counter-defendant
7  **ABC INDUSTRIAL LAUNDRY, LLC**

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| **ABC INDUSTRIAL LAUNDRY, LLC**, a Nevada limited liability company, dba **UNIVERSAL LAUNDRY and SUPPLY**, | Case No.: A-15-720810-C <br> Dept. No.: II |
| Plaintiff, | STIPULATION TO EXTEND DISCOVERY DEADLINES, AMEND THE SCHEDULING ORDER, and RESET THE TRIAL, and *(PROPOSED)* ORDER <br> *(Third Request)* |
| vs. | |
| **CHRISTEYNS LAUNDRY TECHNOLOGY, LLC**, a Massachusetts limited liability company, | |
| Defendant. | |
| AND A RELATED COUNTER-CLAIM. | |

Plaintiff/Counter-defendant, **ABC INDUSTRIAL LAUNDRY, LLC** dba **UNIVERSAL LAUNDRY and SUPPLY** ("Plaintiff"), by its counsel, Steven J. Parsons of LAW OFFICES OF STEVEN J. PARSONS, and Defendant/Counter-claimant, **CHRISTEYNS LAUNDRY TECHNOLOGY, LLC** ("Defendant"), by its counsel, William P. Volk of KOLESAR & LEATHAM, hereby submit this Stipulation to Extend Discovery Deadlines, amend the Scheduling Order, and reset the Trial:

**A.    DISCOVERY WHICH HAS BEEN COMPLETED**

1.  Plaintiff's Initial Disclosures;
2.  Defendant's Initial Disclosures;
3.  The parties have supplemented their Initial Disclosures when necessary;



LAW OFFICES OF
STEVEN J. PARSONS

Page 1 of 5

*10091 Park Run Drive Suite 200*
*Las Vegas, Nevada 89145-8868*
*(702)384-9900; fax (702)384-5900*
*Info@SJPlawyer.com*

| | | |
|---|---|---|
| 1 | 4. | Plaintiff's First Interrogatories to Defendant; |
| 2 | 5. | Plaintiff's First Requests for Admissions to Defendant; |
| 3 | 6. | Plaintiff's First Requests for Production to Defendant; |
| 4 | 7. | Plaintiff's Second Requests for Production to Defendant; |
| 5 | 8. | Defendant's First Interrogatories to Plaintiff; |
| 6 | 9. | Defendant's First Requests for Production of Documents to Plaintiff; |
| 7 | 10. | Defendant's Second Interrogatories to Plaintiff; |
| 8 | 11. | Defendant's Second Requests for Production of Documents to Plaintiff; |
| 9 | 12. | Deposition of Defendants NRCP 30(b)(6) has commenced |

**B. DISCOVERY WHICH REMAINS TO BE CONDUCTED**

1. Complete the deposition of Defendant's NRCP 30(b)(6) designees;
2. Deposition of Plaintiff and its employees/agents;
3. Deposition of Defendant's Experts;
4. Deposition of Plaintiff's Experts;
5. Additional written discovery by both Plaintiff and Defendant; and
6. Written discovery and depositions of various third-parties.

**C. CURRENT DISCOVERY SCHEDULE**

The current Scheduling Order provides for the following deadlines:

- Deadline to Complete Fact Discovery     02/16/2018
- Motion to Amend Pleadings/Add Parties     11/20/2017
- Initial Expert Disclosures     03/19/2018
- Rebuttal Expert Disclosures     03/30/2018
- Deadline to Complete Expert Discovery     04/27/2018
- Dispositive Motions Due     05/25/2018

**D. REASONS WHY THE PROPOSED DISCOVERY IS NOT ABLE TO BE COMPLETED PRIOR TO THE EXPIRATION OF THE CURRENT DISCOVERY DEADLINE**

The parties' counsel have worked well and ably with each other to complete discovery


LAW OFFICES OF
STEVEN J. PARSONS

Page 2 of 5

10091 Park Run Drive Suite 200
Las Vegas, Nevada 89145-8868
(702)384-9900; fax (702)384-5900
*Info@SJPlawyer.com*

in this case. Despite their diligent efforts to complete discovery within the current deadlines, the parties need additional time to completely and properly prepare their cases for trial.

As the Court may be aware, the parties in this matter are working closely with the parties in a parallel case in the U.S. District Court for the District of Nevada, captioned *ABC Industrial Laundry, LLC, dba Universal Laundry and Supply v. Federal Insurance Company, et Al.*, as Case No. **2:15-cv-869-RFB-(VCF)** (the "federal court matter") to minimize discovery overlap and costs and to work together to litigate the cases as efficiently as possible. The federal court matter arises from the same set of facts as the instant case, but deals with Plaintiff's first-party insurance coverage claims. Much of the discovery in the two cases overlaps.

Specifically, the parties in both cases need to complete the deposition of Christeyns' Rule 30(b)(6) designees and other specific Christeyns employees; ABC's Rule 30(b)(6) designees and other specific ABC employees; Wynn Resort employees; and several technical experts. The cost of completing this overlapping discovery separately in the two matters would be extraordinary, and as a result, the parties in both cases have been working together closely to plan joint deposition schedules.

However, the specifics of ongoing depositions have not yet been agreed to, as coordinating the schedules of nearly a dozen essential people for these depositions has been exceptionally difficult. The participants span the country and have varied and demanding lead-times to commit to the further discovery.[1]

To date, the parties have started taking the deposition of Christeyns' Rule 30(b)(6) designee. This deposition took place over two days in Boston, MA, in mid-August. The parties have agreed to continue Christeyns' 30(b)(6) deposition for one further day at a to-be-determined date, time, and location. The depositions for Plaintiff's 30(b)(6) designee(s), as

---

[1]Defendant conducts business from and its lead counsel work and reside in the Boston, Massachusetts area.



LAW OFFICES OF
STEVEN J. PARSONS

Page 3 of 5

10091 Park Run Drive Suite 200
Las Vegas, Nevada 89145-8868
(702)384-9900; fax (702)384-5900
Info@SJPlawyer.com

well as the depositions of Plaintiff's principals, are likely in early 2018 in Las Vegas.

Additionally, the parties are engaged in extensive third-party discovery. One of these third-parties objected to discovery requests, it has now retained counsel, and the issue may require motions to compel to resolve. Some of these third-parties are not located in Nevada and therefore have required letters rogatory before discovery requests can be served. Many of these third-parties will require depositions, and scheduling those depositions will require the time and coordination of multiple parties. These third-parties include, but are not limited to, former employees of the Plaintiff who were involved in Plaintiff's operations during the time of issue and who no longer reside in Nevada but are important to both Plaintiff's and Defendant's cases.

Discovery was also delayed recently due to a number of discovery disputes that, the parties have attempted to resolve amongst themselves. The parties are hopeful they will be able to continue to work through these discovery disputes without having to resort to motion practice.[2]

The parties believe that an additional one hundred and eighty (180) days will accommodate all interested parties sufficiently to conclude the discovery that remains in this matter.

E.   **PROPOSED SCHEDULE FOR COMPLETING DISCOVERY**

- Motion to Amend Pleadings/Add Parties   05/18/2018
- Deadline for Fact Discovery   08/10/2018
- Initial Expert Disclosures   09/07/2018
- Rebuttal Expert Disclosures   09/28/2018
- Deadline for Expert Discovery   10/26/2018
- Dispositive Motions Due   11/30/2018

---

[2] More recently, third-party Wynn Resorts has disputed the production of certain documents from another third-party. Wynn has retained counsel to represent its interests in that discovery dispute.



LAW OFFICES OF
STEVEN J. PARSONS

Page 4 of 5

10091 Park Run Drive Suite 200
Las Vegas, Nevada 89145-8868
(702)384-9900; fax (702)384-5900
Info@SJPlawyer.com

1    The parties anticipate the Court setting the Trial for early 2019.

2    Based on the foregoing, the parties respectfully request that the Court extend the
3    discovery deadlines, amend the scheduling Order, and set the trial as recommended above
4    for the good cause shown.

5    Dated: January 12, 2018.                           Dated: January 12, 2018.

6    LAW OFFICES OF STEVEN J. PARSONS                   KOLESAR & LEATHAM

7    /s/ Steven J. Parsons                              /s/ William P. Volk #2826
     Steven J. Parsons                                  William P. Volk
8    Nevada Bar No. 363                                 Nevada Bar No. 6157

9    Attorneys for Plaintiff                            Attorneys for Defendant
     ABC INDUSTRIAL LAUNDRY, LLC dba                    CHRISTEYNS LAUNDRY TECHNOLOGY, LLC
10   UNIVERSAL LAUNDRY and SUPPLY

11                            **ORDER**

12   **IT IS SO ORDERED.**

13   Dated: January 16th, 2018.

14                                                      _____
                                                        **DISTRICT COURT JUDGE**
15                                                              MIT

|                                    | Date    | Time       |
|------------------------------------|---------|------------|
| Trial Date:                        | 3/18/19 | 10:00 a.m. |
| Pre Trial Conference:              | 2/27/19 | 8:45 a.m.  |
| Calendar Call                      | 3/13/19 | 8:45 a.m.  |
| L/D to File Pretrial Memo:         | 3/11/19 | n/a        |
| L/D to File Dispositive Motions:   | 1/22/19 | n/a        |

*A new Trial Order will not issue.*


LAW OFFICES OF
STEVEN J. PARSONS

10091 Park Run Drive Suite 200
Las Vegas, Nevada 89145-8868
(702)384-9900; fax (702)384-5900
Info@SJPlawyer.com

Page 5 of 5