# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| ABC INDUSTRIAL LAUNDRY, LLC, a Nevada limited liability company, dba UNIVERSAL LAUNDRY AND SUPPLY, <br><br> Plaintiffs, <br><br> vs. <br><br> FEDERAL INSURANCE COMPANY, an Indiana corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation,, <br><br> Defendants. | 2:15-cv-00869-RFB-VCF <br> **ORDER** |

Before the court is the Motion for Leave to Amend Answer (ECF NO. 80).

No opposition has been filed and the time to file an opposition has passed.

Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, it would seem as though Plaintiff has consented to the granting of the instant motion.

Accordingly,

IT IS HEREBY ORDERED that the Motion for Leave to Amend Answer (ECF NO. 80) is GRANTED.

Defendant Federal Insurance Company must file its amended answer on or before June 14, 2019.

DATED this 7th day of June, 2019.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE