# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| ABC INDUSTRIAL LAUNDRY, LLC, a Nevada limited liability company, dba UNIVERSAL LAUNDRY and SUPPLY,<br><br>    Plaintiffs,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation,<br><br>    Defendants. | 2:15-cv-00869-RFB-VCF<br><br>**ORDER** |

Due to the evolving health crisis in the community regarding COVID-19, and consistent with the recommendations of the CDC to ensure the safety of the community through social distancing, IT IS HEREBY ORDERED that the hearing scheduled for 2:00 PM, March 31, 2020, will be held by telephone.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 17th day of March, 2020.

                                                                  CAM FERENBACH
                                                                  UNITED STATES MAGISTRATE JUDGE