# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

ABC INDUSTRIAL LAUNDRY, LLC, a Nevada limited liability company, dba UNIVERSAL LAUNDRY and SUPPLY,

    Plaintiffs,

vs.

FEDERAL INSURANCE COMPANY, an Indiana corporation, NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation,

    Defendants.

2:15-cv-00869-RFB-VCF

**ORDER**

Before the Court is Plaintiff ABC Industrial Laundry's Status Report of the Settlement of All claims and Cases, Including Plaintiff ABC Against Defendant Nationwide Mutual Insurance Co. and Plaintiff's Request that the Court Continue the April 3, 2020 Status Check Hearing (ECF No. 106).

Accordingly,

IT IS HEREBY ORDERED that the telephonic status hearing scheduled for April 3, 2020, is VACATED, and RESCHEDULED to 10:00 AM, May 21, 2020.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

IT IS FURTHER ORDERED that Defendant Nationwide Mutual Insurance Company's Motion to Compel Responses (ECF NO. 91) and Motion for Monetary Sanctions Against Plaintiff (ECF NO. 94) are DENIED as MOOT.

DATED this 27th day of March, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE