Amy M. Samberg, NV Bar No. 10212
asamberg@fgppr.com
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
400 East Van Buren Street, Suite 550
Phoenix, AZ 85004
Telephone:  602-926-9880
Facsimile:   312-863-5099

Dylan P. Todd, NV Bar No. 10456
dtodd@fgppr.com
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
Telephone:  702-827-1510
Facsimile:   312-863-5099
*And*
James P.C. Silvestri (NV Bar No. 3603)
jsilvestri@pyattsilvestri.com
Brian W. Goldman (NV Bar No. 6317)
bgoldman@pyattsilvestri.com
PYAT SILVESTRI
701 Bridger Avenue, Suite 600
Las Vegas, NV 89101
Telephone:  702-383-6000
Facsimile:   702-477-0088

*Co-Counsel for Federal Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ABC INDUSTRIAL LAUNDRY, LLC, a Nevada limited liability company, dba UNIVERSAL LAUNDRY AND SUPPLY,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation,<br><br>Defendants. | CASE NO.   2:15-cv-00869-RFB-(VCF)<br><br>**THE PARTIES' STIPULATION AND (PROPOSED) ORDER TO DISMISS, WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(ii)** |

*FORAN GLENNON PALANDECH PONZI & RUDLOFF PC*
*2200 Paseo Verde Parkway, Suite 280*
*Henderson, Nevada 89052*

- 1 -

1    IT IS HEREBY STIPULATED AND AGREED by Plaintiff ABC Industrial Laundry, LLC

2   dba Universal Laundry and Supply, ("ABC"), and Defendants Federal Insurance Company

3   ("Federal Insurance") and Nationwide Mutual Insurance Company ("Nationwide"), by and through

4   their respective counsel, and the parties hereby notify the Court, that the above-matter has settled

5   and this matter should be dismissed with prejudice in its entirety, including all claims that were or

6   could have been asserted herein, with prejudice.   Each party to bear their attorneys' fees.

7    This case has not been scheduled for trial.

8   DATED:  May 7, 2020                      DATED:  May 7, 2020

9   LAW OFFICES OF STEVEN J. PARSONS      FORAN GLENNON PALANDECH PONZI
                                          & RUDLOFF PC
10

11  By:  /s/ Steven Parsons_____      By:     /s/ Dylan Todd_____
    Steven J. Parsons                       Amy M. Samberg, Esq.
    10091 Park Run Dr Ste 200               400 E. Van Buren Street, Suite 550
12  Las Vegas, NV 89145-8868                Phoenix, AZ 85004

13  *Attorney for Plaintiff ABC Industrial Laundry,*   Dylan P. Todd, Esq.
    *LLC dba Universal Laundry and Supply*             2200 Paseo Verde Parkway, Suite 280
14                                          Henderson, NV 89052

15                                          *Attorneys for Defendant Federal Insurance*
                                            *Company*
16  DATED:  May 7, 2020

17  HINES HAMPTON PELANDA, LLP

18  By:   /s/  Christine Emanuelson_____
    Christine Emanuelson, Esq.
19  400 South 4th Street, Suite 500
    Las Vegas, NV 89101
20

21  *Attorney for Defendant Nationwide Mutual*
    *Insurance Company*

22

23

24                        **(PROPOSED) ORDER**

25     IT IS SO ORDERED.

26                                    _____

27                                    RICHARD F. BOULWARE, II
                                      UNITED STATES DISTRICT JUDGE

28                                    DATED this  8th day of May, 2020.

*vertical left margin:* FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, Nevada 89052